# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BETTY TOLBERT** and **GARY TOLBERT,**
Appellants,

v.

**PEOPLES TRUST INSURANCE COMPANY,**
Appellee.

No. 4D21-2285

[July 13, 2022]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE20-7236.

Samuel Alexander of Alexander Appellate Law, P.A., Deland, for appellants.

Patrick M. Chidnese and Frieda C. Lindroth of Bickford & Chidnese, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed. People's Trust Insurance Company v. Chen*, 333 So. 3d 208 (Fla. 4th DCA 2022).

GROSS, MAY, and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***